**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | | |
| | Plaintiff, | No.  11 CIV 3618 (VM) |
| v. | | ECF Case |
| DONALD L. JOHNSON, | | |
| | Defendant, | |
| and | | |
| DALILA LOPEZ, | | |
| | Relief Defendant. | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the United States Securities

and Exchange Commission hereby dismisses all claims as to Relief Defendant, Dalila Lopez.


Dated:  December 11, 2014                           Respectfully Submitted,


/s  Paul W. Kisslinger
Paul W. Kisslinger
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
202-551-4427

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed on the Court's ECF system, and delivered by electronic mail to counsel for Defendant, at the address:  Daniel J. Hurson (dan@hursonlaw.com).


Dated:  December 11, 2014                    /s Paul W. Kisslinger